**DISMISS and Opinion Filed July 15, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-01072-CV**

**SHANTERIA EVANS, Appellant**

**V.**

**VP WEST VITRUVIAN WEST 1, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-06643-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by May 31, 2024. By postcard dated June 3, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


/Cory L. Carlyle/
_____
CORY L. CARLYLE
JUSTICE

231072F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHANTERIA EVANS, Appellant

No. 05-23-01072-CV     V.

VP WEST VITRUVIAN WEST 1, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-06643-D.
Opinion delivered by Justice Carlyle. Chief Justice Burns and Justice Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 15, 2024